■ Joseph S. Simon, Sr., Individually and as Administrator of the Estate of Amelia S. Simon, Deceased, Respondent, v Henry N. Reid et al., Defendants, and Rome Hospital and Murphy Memorial Hospital, Appellant.—Order unanimously reversed, without costs, defendant's motion granted and complaint dismissed; plaintiff's cross motion denied. Memorandum: The record establishes that defendant Rome Hospital and Murphy Memorial Hospital is not an independent corporation but a department of the City of Rome. The hospital was improperly named, therefore, as a party defendant and service of process on its administrator failed to supply timely jurisdiction over the City of Rome. Furthermore, the record does not establish that the City of Rome had notice of the application to file a late notice of claim pursuant to section 50-e of the General Municipal Law, and Special Term erred therefore in granting plaintiff's cross motion. (Appeal from order of Oneida Supreme Court—notice of claim.) Present—Dillon, P. J., Cardamone, Simons, Doerr and Moule, JJ.

■ W. A. Olson Enterprises, Inc., Respondent-Appellant, v Agway, Inc., et al., Appellants-Respondents.—Order unanimously modified and, as modified, affirmed, with costs to plaintiff, in accordance with the following memorandum: The lease agreement between the parties provided that the prevailing party in any suit involving the mutual obligations under the lease shall be entitled, in any judgment recovered, to reasonable attorneys' fees to be fixed by the court. Accordingly, plaintiff's application for such fees is granted, the amount thereof to be determined at Special Term. (Appeals from order of Erie Supreme Court—rent.) Present—Dillon, P. J., Cardamone, Simons, Doerr and Moule, JJ.

■ In the Matter of Winston A. Singleton, Appellant, v New York State Board of Parole, Respondent.—Appeal from so much of the judgment as denies petitioner's application for an order to show cause unanimously dismissed (see CPLR 5701, subd [a], par 2; *Matter of Negron v Herold,* 34 AD2d 1053; *Matter of Bates v La Vallee,* 33 AD2d 833) without prejudice to the institution of an article 78 proceeding on proper papers if petitioner is so advised; and otherwise judgment is vacated. (Appeal from judgment of Cayuga Supreme Court—art 78.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.